**Edward H. JACKSON, Appellant, v. UNITED STATES of America, Appellee.**

No. 8115.

Circuit Court of Appeals, Sixth Circuit.

March 13, 1940.

Bowen & Bowen, of Knoxville, Tenn., for appellant.

J. B. Frazier, Jr., U. S. Atty., of Knoxville, Tenn., for appellee.

Before HICKS, ALLEN, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, and it appearing to the court that there is no reversible error upon the record, it is therefore ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.